Hiatt *v.* Hiatt *et al.*

———————•———————

HIATT *v.* HIATT ET AL.

From the Grant Circuit Court.

*A. Steele* and *R. T. St. John*, for appellant.

*J. Brownlee*, for appellees.

DOWNEY, C. J.—This was a proceeding supplementary to execution. There were issues, trial, and judgment for the defendant, the appellee. No question is made by the assignment of errors except such as depend upon the bill of exceptions. Time was given to file a bill of exceptions, but none was filed.

The judgment is affirmed, with costs.